UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Case No. 4:16cv555-BSM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 01 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

GETTY IMAGES (US), INC., a New York corporation,

    Plaintiff,

v.

J & J CLEANING COMPANY INC., an Arkansas corporation,

    Defendant.

No.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

This case assigned to District Judge _Miller_
and to Magistrate Judge _Volpe_

Plaintiff GETTY IMAGES (US), INC. ("Getty Images"), by and through its undersigned attorneys, alleges as follows.

### INTRODUCTION

1. Plaintiff Getty Images is one of the world's leading providers of digital content, including photographic imagery. Getty Images brings this action to enjoin the continuing infringements of copyrights by defendant J & J Cleaning Company Inc. ("J & J Cleaning") and to recover damages therefor and to obtain other relief described in this Complaint.

### PARTIES

2. Plaintiff Getty Images (US), Inc. is a New York corporation with its principal place of business in New York, New York.

3. Defendant J & J Cleaning Company Inc. is an Arkansas corporation with its principal place of business in Little Rock, Arkansas. J & J Cleaning is the registered owner of the domain j-jcleaningcompany.com. Upon information and belief, J & J Cleaning directly participated in the wrongful conduct alleged in this Complaint, and/or had the right and ability to

1

Cleaning to host its website and is accessible at http://j-jcleaningcompany.com/wp-content/uploads/2014/12/cropped-cropped-cropped-Little-Rock-22.jpg. A true and correct copy of that image, as it appeared on defendant's website as of July 20, 2016, is attached as Exhibit A. Defendant J & J Cleaning's continued use of the image is without authorization by or payment to Getty Images.

12. The written notices from Getty Images included settlement terms that would have resulted in a release of claims for copyright infringement. Defendant J & J Cleaning declined to settle with Getty Images.

13. On or about July 21, 2016, Getty Images submitted an application to register the photographic image with the United States Copyright Office. Attached as Exhibit B is a true and correct copy of the Application for Certificate of Registration, Service Request # 1-3834506721 (dated July 21, 2016).

14. Getty Images brings this action to enjoin defendant J & J Cleaning's continuing infringements of copyrights and to recover damages therefor and to obtain other relief described in this Complaint.

## FIRST CLAIM

### Copyright Infringement, 17 U.S.C. § 510, *et seq.*

15. Getty Images repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 14, inclusive.

16. Getty Images is the exclusive licensee of the photographic image that is the subject of this action. Among the rights granted to Getty Images is the exclusive right to market and sublicense the right to copy, reproduce and display the image. Additionally, Getty Images has been granted the exclusive right to make and control claims related to infringements of

Request # 1-3834506721 (dated July 21, 2016), issued by the United States Copyright Office, is attached as Exhibit B.

17. Defendant J & J Cleaning has reproduced, displayed to the public, distributed and made other infringing uses of the subject image, and continues to do so, without authorization by or payment to Getty Images, including J & J Cleaning's infringing use of the image on its website www.j-jcleaningcompany.com.

18. Defendant J & J Cleaning has continued to reproduce, display to the public, distribute and make other infringing uses of the subject image despite receiving written notices from Getty Images regarding its rights to that image.

19. As a result of its conduct, defendant J & J Cleaning is liable to Getty Images for copyright infringement.

## **PRAYER FOR RELIEF**

Wherefore, plaintiff Getty Images respectfully requests that this Court grant the following relief:

a. That the Court enter a judgment against defendant J & J Cleaning finding that it is liable for infringing the copyrights in the photographic image identified in Exhibit B, in violation of 17 U.S.C. § 501;

b. That the Court enter an order, pursuant to 17 U.S.C. § 502(a), enjoining and restraining defendant J & J Cleaning, and any persons or entities acting directly or indirectly on its behalf, from reproducing, displaying to the public, distributing or making any other infringing uses of the photographic image identified in Exhibit B;

c.  That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that defendant J & J Cleaning holds in trust, as constructive trustees for the benefit of Getty Images, all profits received by J & J Cleaning from its reproduction, display, distribution or other infringing uses of the photographic image identified in Exhibit B, and requiring J & J Cleaning to provide Getty Images a full and complete accounting of all profits it received that derive from its infringing use of the image, including J & J Cleaning's use of that image on its website www.j-jcleaningcompany.com;

d.  That the Court order defendant J & J Cleaning to pay damages to Getty Images, in an amount to be proved at trial, including an award of actual damages suffered by Getty Images as a result of the infringements together with all profits of J & J Cleaning that are attributable to its infringements, pursuant to 17 U.S.C. § 504(b);

e.  That the Court order prejudgment interest on the amount of any award to Getty Images; and

f.  That the Court grant to Getty Images such other and additional relief as is just and proper.

Dated:  July 29, 2016

Respectfully submitted,

By: _____
Dustin McDaniel (Arkansas Bar No. 99011)
Scott Richardson (Arkansas Bar No. 2001208)
**McDaniel, Richardson & Calhoun**
1020 W. Fourth Street, Suite 410
Little Rock, Arkansas 72201
Telephone: 501-313-0461
Facsimile: 501-588-2104
dmcdaniel@mrcfirm.com
scott@mrcfirm.com

6

- and -

By: s/ Scott T. Wilsdon
  Scott T. Wilsdon (*pro hac vice*, pending)
  **Yarmuth Wilsdon PLLC**
  1420 Fifth Avenue, Suite 1400
  Seattle, Washington 98101
  Telephone: 206-516-3800
  Facsimile:  206-516-3888
  wilsdon@yarmuth.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

# **EXHIBIT A**

Case 4:16-cv-00555-BSM   Document 1   Filed 08/01/16   Page 6 of 12

# **EXHIBIT B**

Registration #:   *-APPLICATION-*
Service Request #:   1-3834506721

## Mail Certificate

GETTY IMAGES (US), INC.
David Wojtczak
605 5th Avenue S, Suite 400
Seattle, WA 98104 United States

Priority:   Routine          Application Date:   July 21, 2016

## Correspondent

Organization Name:   GETTY IMAGES (US), INC.
Name:   David Wojtczak
Email:   david.wojtczak@gettyimages.com
Telephone:   (206)925-6753
Address:   605 5th Avenue S, Suite 400
Seattle, WA 98104 United States

Registration Number
# *-APPLICATION-*

## Title

   **Title of Work:** USA, Arkansas, Little Rock, city skyline from the Arkansas River, dawn (164333870)

## Completion/Publication

   **Year of Completion:** 2012
   **Date of 1st Publication:** March 20, 2013
   **Nation of 1st Publication:** United States

## Author

-   **Author:** Walter Bibikow
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Walter Bibikow
   c/o Getty Images, 605 5th Ave. S. #400, Seattle, WA, 98104, United States

## Rights and Permissions

  **Organization Name:** GETTY IMAGES (US), INC.
   **Email:** copyright@gettyimages.com
  **Telephone:** (206)925-5000
   **Address:** 605 5th Ave S, Suite 400
   Seattle, WA 98104 United States

## Certification

   **Name:** David Wojtczak
   **Date:** July 21, 2016
**Applicant's Tracking Number:** 381194923

Page 1 of 1

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-3834506721

## Mail Certificate

GETTY IMAGES (US), INC.
David Wojtczak
605 5th Avenue S, Suite 400
Seattle, WA 98104 United States

**Priority:** Routine        **Application Date:** July 21, 2016

## Correspondent

**Organization Name:** GETTY IMAGES (US), INC.
**Name:** David Wojtczak
**Email:** david.wojtczak@gettyimages.com
**Telephone:** (206)925-6753
**Address:** 605 5th Avenue S, Suite 400
Seattle, WA 98104 United States

Registration Number
**\*-APPLICATION-\***

## Title

  **Title of Work:** USA, Arkansas, Little Rock, city skyline from the Arkansas River, dawn (164333870)

## Completion/Publication

  **Year of Completion:** 2012
  **Date of 1st Publication:** March 20, 2013
  **Nation of 1st Publication:** United States

## Author

  • **Author:** Walter Bibikow
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Walter Bibikow
  c/o Getty Images, 605 5th Ave. S. #400, Seattle, WA, 98104, United States

## Rights and Permissions

  **Organization Name:** GETTY IMAGES (US), INC.
  **Email:** copyright@gettyimages.com
  **Telephone:** (206)925-5000
  **Address:** 605 5th Ave S, Suite 400
  Seattle, WA 98104 United States

## Certification

  **Name:** David Wojtczak
  **Date:** July 21, 2016
  **Applicant's Tracking Number:** 381194923

Page 1 of 1