FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 23 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF THE STATE OF ARKANSAS

GETTY IMAGES (US), INC.,

Plaintiff(s)

v.

J & J CLEANING COMPANY (Arkansas Corporation)

Defendant(s)

Civil Action No. 4:16CV555-BSM

## Answer and Counterclaim

### INTRODUCTION

1. J & J Cleaning Company, in response to the allegations made by Getty Images, by way of the above Civil Action No., denies that there was a continued infringement of Copyrights. J & J Cleaning Company believes that Getty Images has engaged manipulative and dishonest tactics to attempt to extort finances, and that there is the lack of any such copyright or license held by Plaintiff at the time of the alleged infringement.

### PARTIES

2. Lack Knowledge -
   They have offices in several cities

3. Deny -

It is true that J & J Cleaning Company is an Arkansas corporation with its principal place of business being Little Rock, Arkansas. J & J Cleaning Company is the registered owner of its domain j-jcleaningcompany.com. It is not true that J & J Cleaning Company directly participated in any alleged wrongful conduct that led to financial benefit. It is true that J & J Cleaning Company Downloaded a picture to it's website by way of another website that clearly identified itself as a _royalty free_ site, with pictures that could be downloaded free of charge (Please See Exhibit A). After receiving the first email demanding payment from Getty Images, it has come to be known by J & J Cleaning Company, that the Plaintiff, Getty Images, owns many websites of this manner, which clearly reveals their calculated intents to entice, manipulate, and then finally extort finances from J & J Cleaning Company and other small business owners through false and misleading information on their websites. Getty Images follow up with threatening letters, emails, and phone calls, requesting payment for material advertised as free, but are now priced at two (2) to three (3) time the fair market value. J & J Cleaning Company believed it downloaded a royalty free photo. Getty Images contacted J & J Cleaning Company, alleging that the photo was not royalty free. J & J Cleaning Company apologized for the misunderstanding and immediately removed the photo from its site. Defendant J & J Cleaning Company ask that Plaintiff Getty Images provide evidence that J & J Cleaning Company has displayed:
a.   Actual intent to cause harm to Plaintiff and,
b.   That defendant's conduct was egregiously insidious.

4. Deny -
   Getty Images invited J & J Cleaning Company to download a free copy of the image by advertising on their site, "Royalty Free Images" (Please See Exhibit A). That does not constitute (copyright infringement)
5. Admit
6. Admit
7. Lack Knowledge
8. Lack Knowledge
9. Lack Knowledge
10. Deny –
    J & J Cleaning Company is not clear when Getty Images identified a photograph as being reproduced on its website. The image was advertised by Getty Images as free.
11. Deny –
    This statement is not true on multiple levels. Firstly, Getty Images never demanded that I remove the image from my website. They alleged that I had infringed a copyright and requested a payment from me of $975.00. J & J Cleaning Company made its own decision to remove the photo. I ask that Getty Images provide proof that J & J Cleaning Company continued to use the mentioned image.
12. Deny –
    The written notices from Getty Images were an attempts to extort finances from J & J Cleaning Company. J & J Cleaning Company refused to allow Getty Images to extort its capital gained through honest and ethical business practices.
13. Lack Knowledge

14. Deny –
    There has not been an infringement nor is there a current infringement
15. Lack Knowledge
16. Lack Knowledge

## First Claim

17. Deny –
    This statement is misleading. It has already been established that an image was downloaded as a result of Getty Images advertising the image as "Royalty Free". The image was immediately removed after Getty Images alleged that the image was not royalty free. No other actions were made concerning use of the image by J & J Cleaning Company.
18. Deny –
    J & J Cleaning Company, did not continue using the image, and request Getty Images to present evidence to back their allegations.
19. Deny –
    J & J Cleaning Company is not liable to Getty Images for copyright infringe because Getty images used manipulative and dishonest advertising tactics with the intent to extort finances from J & J Cleaning Company. (Please See Exhibit A).

## Prayer For Relief

Wherefore, defendant J & J Cleaning Company respectfully ask that the court deny any request for relief as requested in Items, (a), (b), (c), (d), (e), and (f) of this section of Document 3, Case 4:16-cv-00555-BSM, pages 5 & 6.

## Counterclaim

I.    Plaintiff Getty images has established deceptive and dishonest business tactics through the way they promote photos that they allege they have ownership of. Using phrases and words like "Royalty Free", or "Free Pic", to lure potential victims to their site with the sole intent of entrapping them with threats of being sued, and thus using fear tactics to extort finances from them. Defendant J & J Cleaning Company has been targeted by Getty

      Images in this manner. Getty Images alleges copyright infringement from an image they advertised as royalty free. Getty images pursuits has caused significant stress upon me, my family, and the profit ability of my business. Many hours have been spent preparing a defense to protect my family and business against their false and deceptive claims.

II.      The defendant ask that the court grant relief and order a judgement against plaintiff Getty Images, finding that Getty Images is liable for causing significant stress upon Plaintiff and its family and lost finances for J & J Cleaning Company.

III.     That the court grant to J & J Cleaning Company such other and additional relief as is just and proper.

Respectfully Submitted,

By: Rhon Johnson

J & J Cleaning Company

Little Rock, Arkansas 72211

Telephone: (501) 766-8709

Fax: (501) 217-0769

j-jcleaningcompany@comcast.net

*[signature: Rhon Johnson]*

# Exhibit A

**Royalty-Free Images & Photos, RF Image, Picture, Illustration | Getty ...**

www.gettyimages.com/creative-images/royaltyfree

**Getty Images**

Download royalty-free images, stock photos, illustrations and vectors from Getty Images. Easy image search royalty-free photo library.

**Getty Images: Stock Photography, Royalty-Free Photos & The Latest ...**

www.gettyimages.com/

**Getty Images**

Find high resolution royalty-free images, editorial stock photos, vector art, video footage clips and stock music licensing at the richest image search photo library ...

**The world's largest photo service just made its pictures free to use ...**

www.theverge.com/2014/3/5/.../getty-images-made-its-pictures-free-to-use

**The Verge**

Mar 5, 2014 - Getty Images is betting its business on embeddable photos. ... If you go to the Getty Images website, you'll see millions of images, all watermarked. ... "Look, if you want to get a Getty image today, you can find it without a watermark very simply," he says.

**Royalty Free Images & Photos, Unlimited Use | Getty Images Latin ...**

www.gettyimageslatam.com/ImágenesCreativas/imagenes-sin-royalties

You can crop, manipulate and combine royalty-free images to suit your project ... new Hispanic collections available only through www.gettyimageshispanic.com ...