UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Case No. 4:16-cv-00555-BSM

GETTY IMAGES (US), INC., a New York corporation,

    Plaintiff,

v.

J & J CLEANING COMPANY INC., an Arkansas corporation,

    Defendant.

_____ /

NOTICE OF DISMISSAL OF COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), defendant J & J Cleaning Company Inc. hereby gives notice of the dismissal with prejudice and without costs of the Counterclaim that was joined in its Answer and Counterclaim (Docket No. 9), filed on August 23, 2016.

Dated: September 12, 2016

By: /s/ Rhon Johnson
Rhon Johnson, Owner
J & J Cleaning Company Inc.
P.O. Box 26322
Little Rock, Arkansas 72211
Telephone: 501-766-8709
Facsimile: 501-217-0769
j-jcleaningcompany@comcast.net

1

## **CERTIFICATE OF SERVICE**

      I, Scott Richardson, do hereby certify that a copy of the foregoing was filed on this 12th day of September, 2016, via the Court's electronic filing system which will serve notice on all counsel of record.

                                                /s/ Scott Richardson
                                                SCOTT RICHARDSON