UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Case No. 4:16-cv-00555-BSM

GETTY IMAGES (US), INC., a New York corporation,

    Plaintiff,

v.

J & J CLEANING COMPANY INC., an Arkansas corporation,

    Defendant.

                                                                **STIPULATED MOTION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Getty Images (US), Inc. and defendant J & J Cleaning Company Inc. hereby stipulate to the dismissal of this action with prejudice and without costs.

Dated: September 12, 2016.

By: /s/ Dustin McDaniel

Dustin McDaniel (Arkansas Bar No. 99011)
Scott Richardson (Arkansas Bar No. 2001208)
**McDaniel, Richardson & Calhoun**
1020 W. Fourth Street, Suite 410
Little Rock, Arkansas 72201
Telephone: 501-313-0461
Facsimile: 501-588-2104
dmcdaniel@mrcfirm.com
scott@mrcfirm.com

- and -

By: s/ Scott T. Wilsdon

Scott T. Wilsdon (*pro hac vice*)
**Yarmuth Wilsdon PLLC**
1420 Fifth Avenue, Suite 1400

By: /s/ Rhon Johnson

Rhon Johnson, Owner
J & J Cleaning Company Inc.
P.O. Box 26322
Little Rock, Arkansas 72211
Telephone: 501-766-8709
Facsimile: 501-217-0769
j-jcleaningcompany@comcast.net

1

Seattle, Washington 98101
Telephone: 206-516-3800
Facsimile: 206-516-3888
wilsdon@yarmuth.com

*Attorneys for Plaintiff Getty Images (US), Inc.*