IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GETTY IMAGES (US), INC.**                                                            **PLAINTIFF**

**v.**                           **CASE NO. 4:16-CV-00555 BSM**

**J & J CLEANING COMPANY, INC.**                                          **DEFENDANT**

## ORDER

The parties filed a joint stipulation of dismissal. *See* Doc. No. 12. Accordingly, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 26th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE